Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
2700 North Main Street, Suite 1000
Santa Ana, CA 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RORI RIDLEY,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**,**<br><br>    PLAINTIFFS,<br><br>V.<br><br>**NATIONWIDE GENERAL INSURANCE COMPANY,**<br><br>    DEFENDANT. | Case No: 3:12-CV-2069 CAB (RBB)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO DEFENDANT NATIONWIDE GENERAL INSURANCE COMPANY.**<br><br>**HON. CATHY ANN BENCIVENGO** |

Plaintiff Rori Ridley (hereinafter "Plaintiff") hereby moves to dismiss this action against Defendants NATIONWIDE GENERAL INSURANCE COMPANY, (hereinafter "Defendant") (and jointly hereinafter referred to as "the Parties") without prejudice.

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE as to Defendant Nationwide General Insurance Company.

Dated: October 9, 2012         **HYDE & SWIGART**

/s Joshua B. Swigart
Joshua B. Swigart
Attorneys for Plaintiff