# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rori Ridley,<br><br>                                Plaintiff,<br>   vs.<br>Nationwide General Insurance Company,<br>                                Defendant. | CASE NO. 12cv2069-CAB (RBB)<br><br>Order Granting Plaintiff's Motion to Dismiss Action Without Prejudice [Doc. No. 6] |

     Based on Plaintiff's unopposed motion to dismiss this action against Defendant Nationwide General Insurance Company, the motion [Doc. No. 6] is GRANTED. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

DATED: October 18, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge